141 So. 258

### Lester PROPHETT v. STATE.
### 5 Div. 112.

Supreme Court of Alabama.
April 14, 1932.

Oakley W. Melton, of Wetumpka, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

KNIGHT, J.

Petition of Lester Prophett for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Prophett v. State, 141 So. 257.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.

141 So. 259

### Luther MASSEY et al. v. STATE.
### 6 Div. 120.

Supreme Court of Alabama.
April 14, 1932.

L. D. Gray, of Jasper, for petitioners.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BROWN, J.

Petition of Luther Massey and Alvy Alexander for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Massey et al. v. State, 141 So. 258.

The petition seeks to review the Court of Appeals on a conclusion of fact—that the evidence presented a case for jury decision—and on the application of the doctrine of error without injury. The writ is denied on the authority of the following cases: Williams v. State, 222 Ala. 584, 133 So. 737; Campbell v. State, 216 Ala. 295, 112 So. 902; Postal Tel.-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91.

ANDERSON, C. J., and THOMAS and KNIGHT, JJ., concur.

141 So. 260

### POWELL v. STATE.
### 8 Div. 398.

Supreme Court of Alabama.
April 14, 1932.

Taylor, Richardson & Sparkman and Robt. W. Milner, all of Huntsville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

KNIGHT, J.

The Court of Appeals, in its opinion which is before us, has applied the doctrine of error without injury to all matters now pressed upon our attention by petitioner for the writ of certiorari. The opinion of that court does not set forth a "statement of the facts or condition of the record," which would furnish this court a basis for a review of the questions presented by the petition. In this state of the case, the writ must be denied. Campbell v. State, 216 Ala. 295, 112 So. 902; Ex parte Steverson, 211 Ala. 597, 100 So. 912; Postal Tel.-Cable Co. v. Minderhout, 195 Ala. 420, 71 So. 91; Kirkwood v. State, 184 Ala. 9, 63 So. 990; Ex parte Western Union Tel. Co., 183 Ala. 451, 63 So. 88; Trawick v. State, 217 Ala. 149, 115 So. 79; Parham v. State, 217 Ala. 399, 116 So. 418.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.